IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NATALIE PRECIADO,**
**Parent, on behalf of J.G., Student,**

    **Plaintiff,**

v.                                                No. 2:19-cv-00184 SMV/KRS

**BOARD OF EDUCATION OF**
**THE CLOVIS MUNICIPAL SCHOOLS,**

    **Defendant.**

---

**CLOVIS MUNICIPAL SCHOOLS**
**BOARD OF EDUCATION,**

    **Plaintiff,**

v.                                                 No. 2:19-cv-00185 JB/CG

**NATALIE PRECIADO, Parent of**
**J.G., a minor,**

    **Defendant.**

**STIPULATED ORDER OF CONSOLIDATION**
**FOR PRETRIAL PURPOSES**

THIS MATTER came before the Court on a telephonic status conference conducted on June 4, 2019, wherein the parties advised that there are two interrelated cases and the parties have filed a Joint Motion to Consolidate.

The two interrelated cases are:

No. 2:19-cv-00184 SMV/KRS involves a complaint for attorney fees and costs arising out of an administrative due process action, *In the Matter of Natalie Preciado as parent of J.G., a*

*minor vs. Clovis Municipal Schools*, DPH No. 1819-03, brought under the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1400 et seq.

No. 2:19-cv-00185 JB/CG involves an appeal seeking judicial review of the hearing officer's decision in the above-referenced administrative due process action.

The parties state that the two cases involve common questions of law and fact and that consolidation pursuant to Fed. R. Civ. P. Rule 42 will tend to avoid unnecessary costs or delay. Further, consolidation will reduce the time and expense of pre-trial matters and trial, if any, consistent with the goals of the Civil Justice Reform Act 28 U.S.C. § 471 et seq. The parties agree that in both cases, the same parties are involved and the same attorneys represent both sides. No additional discovery is needed in either case and both cases require briefing, and a schedule and deadlines will be entered.

This Court concludes that these cases should be consolidated for pre-trial purposes and trial, if any, in accord with the goals of the Civil Justice Reform Act, 28 U.S.C. § 471 et seq. When consolidation is ordered, cases are consolidated into the earlier filed case and, therefore, this Court will maintain responsibility for case management, dispositive motions, the settlement conference and trial, if any, in both cases.

IT IS SO ORDERED.

STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted:

CUDDY & McCARTHY, LLP

By: *Submitted Electronically June 13, 2019*
M. KAREN KILGORE
Attorneys for Clovis Municipal Schools
　　Board of Education
Santa Fe, New Mexico 87502-4160
(505) 988-4476
kkilgore@cuddymccarthy.com

and

STEVEN GRANBERG, ATTORNEY AT LAW

By: *Approved Via Email June 12, 2019*
GAIL STEWART
Attorneys for Natalie Preciado
3800 Osuna NE, Suite 1
Albuquerque, New Mexico 87109
(505) 244-3779, ext. 3
gstewart@66law.com