IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NATALIE PRECIADO,**
**Parent, on behalf of J.G., Student,**

    **Plaintiff,**

v.                                                                 No. 2:19-cv-00184 SMV/KRS

**BOARD OF EDUCATION OF**
**THE CLOVIS MUNICIPAL SCHOOLS,**

    **Defendant.**

---

**CLOVIS MUNICIPAL SCHOOLS**
**BOARD OF EDUCATION,**

    **Plaintiff,**

v.                                                                 No. 2:19-cv-00185 JB/CG

**NATALIE PRECIADO, Parent of**
**J.G., a minor,**

    **Defendant.**

**ORDER GRANTING**
**JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE**

THIS MATTER comes before the Court on the Joint Motion for Proposed Briefing Schedule. The parties in the above-captioned cases appear by and through their attorneys, Gail Stewart, Steven Granberg, Attorney at Law, representing Natalie Preciado, Parent of J.G., a minor, and M. Karen Kilgore, Cuddy & McCarthy, LLP, representing Clovis Municipal Schools Board of Education. The Court having considered the Motion and the pleadings in this matter and being otherwise advised, FINDS:

The schedule for briefing the Individuals with Disabilities Education Act issues/appeal is as follows:

- Brief in Chief to be filed by Clovis due: August 9, 2019;

- Response to Brief in Chief to be filed by Preciado due: August 30, 2019; and

- Reply in Support of Brief in Chief to be filed by Clovis due: September 20, 2019.

IT IS SO ORDERED.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE