# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**NATALIE PRECIADO,**
**Parent, on behalf of J.G., Student,**

    **Plaintiff,**

v.                                                No. 2:19-cv-00184 SMV/KRS

**BOARD OF EDUCATION OF**
**THE CLOVIS MUNICIPAL SCHOOLS,**

    **Defendant.**

---

**CLOVIS MUNICIPAL SCHOOLS**
**BOARD OF EDUCATION,**

    **Plaintiff,**

v.                                                No. 2:19-cv-00185

**NATALIE PRECIADO, Parent of**
**J.G., a minor,**

    **Defendant.**

## ORDER GRANTING JOINT MOTION TO FILE
## COMPLETE RECORD PROPER AND AMENDED BRIEF IN CHIEF

THIS MATTER comes before the Court on the Joint Motion to File Complete Record Proper and Amended Brief in Chief. The parties in the above-captioned cases appear by and through their attorneys, Gail Stewart, Steven Granberg, Attorney at Law, representing Natalie Preciado, Parent of J.G., a minor, and M. Karen Kilgore, Cuddy & McCarthy, LLP, representing Clovis Municipal Schools Board of Education. The Court having considered the Motion and the pleadings in this matter and being otherwise advised, FINDS:

The School District shall file the complete Record Proper and an Amended Brief in Chief citing to the Record Proper.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE