IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NATALIE PRECIADO,**
**Parent, on behalf of J.G., Student,**

    **Plaintiff,**

v.          No. 2:19-cv-00184 SMV/KRS

**BOARD OF EDUCATION OF**
**THE CLOVIS MUNICIPAL SCHOOLS,**

    **Defendant.**

---

**CLOVIS MUNICIPAL SCHOOLS**
**BOARD OF EDUCATION,**

    **Plaintiff,**

v.          No. 2:19-cv-00185

**NATALIE PRECIADO, Parent of**
**J.G., a minor,**

    **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER comes before the Court on Clovis Municipal Schools Board of Education's Unopposed Motion for Extension of Time. The parties in the above-captioned cases appear by and through their attorneys, Gail Stewart, Steven Granberg, Attorney at Law, representing Natalie Preciado, Parent of J.G., a minor, and M. Karen Kilgore, Cuddy & McCarthy, LLP, representing Clovis Municipal Schools Board of Education. The Court having considered the Motion and the pleadings in this matter, noting that it is unopposed and being otherwise advised, FINDS:

The School District shall have until October 15, 2019 to file its Reply in Support of Brief in Chief.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE